IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STATE FARM FIRE AND CASUALTY CO.**, <br><br> v. <br><br> **CAMILLE CHTEH, et al.** | **CIVIL ACTION** <br><br> No. 25-0797 |

## ORDER

**AND NOW**, this 23rd day of January, 2026, upon consideration of Plaintiff's Motion for Judgment on the Pleadings and the Defendants' responses thereto, it is hereby **ORDERED**:

1. The Motion for Judgment on the Pleadings (ECF 14) is **DENIED**.

2. An order scheduling an initial pretrial conference will follow. The parties are directed to confer as to whether amendments to the Rule 26(f) report should be made in light of this opinion and the intervening time and, if so, to file an amended report.

**BY THE COURT**:

*s/ Catherine Henry*
**CATHERINE HENRY, J.**